UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENEE RICKETTS,

Plaintiff,

v. Case No. 8:26-cv-3127-KKM-CPT

SNI COMPANIES CORP.,

Defendant.
_______________________________________/

**NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.07(c) and the Court's Civil Case Order dated November 3, 2026, I certify that the instant action:

______ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: November 5, 2026.

Respectfully submitted,

**FERNÉE KELLY LAW**

*/s/ Charlotte Fernée Kelly*
Charlotte Fernée Kelly, Esq.
Florida Bar No. 0090105
Lead Counsel
14502 N. Dale Mabry Hwy., Suite 200
Tampa, Florida 33618
Telephone: (813) 315-3981
Primary: charlotte@ferneekellylaw.com
Secondary: contactus@ferneekellylaw.com
Counsel for Plaintiff Renee Ricketts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, and served a copy by email on Angelique Lyons, Esq., Constangy, Brooks, Smith & Prophete, LLP, 100 North Tampa Street, Suite 2650, Tampa, Florida 33602, alyons@constangy.com, counsel for Defendant.

*/s/ Charlotte Fernée Kelly*
Charlotte Fernée Kelly, Esq.